# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **AMICA MUTUAL INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>v.<br><br>**WASH SYSTEMS, LLC d/b/a WATERWERKS CAR WASH,**<br><br>    Defendant. | Case No.: 23-CV-159 (SRN/TNL)<br><br>**ORDER** |

Based on the Stipulation for Dismissal filed by Plaintiff Amica Mutual Insurance Company, and Defendant Wash Systems, LLC d/b/a Waterwerks Car Wash (Doc. No. 34), **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: Friday, June 28, 2024            *s/ Susan Richard Nelson*
                                        Susan Richard Nelson
                                        United States District Judge