# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Amica Mutual Insurance Company** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 23-cv-159 SRN/TNL |
| **Wash Systems, LLC** *doing business as* Waterwerks Car Wash | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 7/3/2024                                                                                           KATE M. FOGARTY, CLERK